IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TAURUS IP, LLC, a Wisconsin Limited liability company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>1. FORD MOTOR COMPANY,<br>2. MAZDA MOTOR OF AMERICA, INC., and<br>3. VOLVO CARS OF NORTH AMERICA, INC.<br><br>　　　　Defendants. | 07-C-0481-C<br><br>**Jury Trial Demand** |
| 1. FORD MOTOR COMPANY,<br>2. MAZDA MOTOR OF AMERICA, INC., and<br>3. VOLVO CARS OF NORTH AMERICA, LLC,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　v.<br><br>TAURUS IP, LLC<br><br>　　　　Counterclaim Defendant. | |
| 1. FORD MOTOR COMPANY,<br>2. MAZDA MOTOR OF AMERICA, INC., and<br>3. VOLVO CARS OF NORTH AMERICA, LLC,<br><br>　　　　Third Party Plaintiffs,<br><br>　v.<br><br>ERICH SPANGENBERG<br>ORION IP, LLC, PLUTUS IP, LLC, PLUTUS IP WISCONSIN, LLC, CONSTELLATION IP, LLC, AND ACCLAIM FINANCIAL GROUP, LLC.<br><br>　　　　Third Party Defendants. | |

DM_US:21044762_1

## ORDER GRANTING MOTION FOR LEAVE TO
## REFILE ANSWER UNDER SEAL

The Defendants' Motion for Leave to File Answer under seal is hereby GRANTED. Accordingly, IT IS ORDERED that Defendants shall be allowed to file their answer under seal.

Entered this ___26th___ day of ___February___, 2008.

BY THE COURT

_Barbara B. Crabb_
Barbara B. Crabb
District Judge

2