IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TAURUS IP, LLC, a Wisconsin Limited liability
company,
    Plaintiff,

v.

1. FORD MOTOR COMPANY,
2. MAZDA MOTOR OF AMERICA, INC., and
3. VOLVO CARS OF NORTH AMERICA, INC.
    Defendants.

1. FORD MOTOR COMPANY,
2. MAZDA MOTOR OF AMERICA, INC., and
3. VOLVO CARS OF NORTH AMERICA, LLC,
    Counterclaim Plaintiffs,

v.

TAURUS IP, LLC
    Counterclaim Defendant.

1. FORD MOTOR COMPANY,
2. MAZDA MOTOR OF AMERICA, INC., and
3. VOLVO CARS OF NORTH AMERICA, LLC,
    Third Party Plaintiffs,

v.

ERICH SPANGENBERG
ORION IP, LLC, PLUTUS IP, LLC, PLUTUS IP
WISCONSIN, LLC, CONSTELLATION IP, LLC,
AND ACCLAIM FINANCIAL GROUP, LLC.
    Third Party Defendants.

07-C-0481-C

**Jury Trial Demand**

**FINAL JUDGMENT**

Having considered the Stipulation Of Dismissal and Final Judgment of the parties filed March 7, 2008, for entry of a final judgment (Docket No. 49), and the Court having determined that there is no just reason for delay in entering judgment, IT IS HEREBY ORDERED,

ADJUDGED, DIRECTED AND DECREED, pursuant to the terms of the parties' Stipulation Of Dismissal and Final Judgment (Docket No. 49), that final judgment be entered as follows:

1. In favor of defendants Ford Motor Company; Mazda Cars of America, Inc.; and Volvo Cars of North America, Inc., and against plaintiff Taurus IP, LLC, on the Complaint for infringement of United States Patent No. 6,141,658 ("the '658 patent") (Docket no. 2), on the basis that, in light of the Court's prior construction of terms in the claims of the '658 patent in *Taurus IP, LLC v. DaimlerChrysler, et al.* (Case No. 07-cv-158) and the Court's February 25 Order (Docket No. 425), and the reasoning contained therein, Plaintiff is (a) collaterally estopped from asserting the validity of Claims 16 and 27 of the '658 patent; and (b) collaterally estopped from asserting any claims against Defendants for infringement of the '658 patent;

2. In favor of defendants Ford Motor Company; Mazda Cars of America, Inc.; and Volvo Cars of North America, Inc., and against plaintiff Taurus IP, LLC, on Count I of Defendants' Counterclaims (Docket No. 41) relating to non-infringement, on the basis that, in light of the Court's prior construction of terms in the claims of the '658 patent in *Taurus IP, LLC v. DaimlerChrysler, et al.* (Case No. 07-cv-158) and the Court's February 25 Order (Docket No. 425), and the reasoning contained therein, Plaintiff is (a) collaterally estopped from asserting the validity of Claims 16 and 27 of the '658 patent; and (b) collaterally estopped from asserting any claims against Defendants for infringement of the '658 patent;

3. In favor of defendants Ford Motor Company; Mazda Cars of America, Inc.; and Volvo Cars of North America, Inc., and against plaintiff Taurus IP, LLC, on Count I of Defendants' Counterclaims (Docket No. 41) relating to invalidity, as follows:

    a. claim 16 of the '658 patent is invalid under 35 U.S.C. § 102(e)(2) as anticipated by U.S. Patent No. 5,825,651; and

       b. claim 27 of the '658 patent is invalid under 35 U.S.C. § 102(e)(2) as anticipated by U.S. Patent No. 5,825,651.

4. All of Defendants' remaining Counterclaims and Third-Party Claims are dismissed without prejudice.

5. This Dismissal is subject to the terms of the parties' Stipulation Of Dismissal and Final Judgment (Docket No. 49),

6. Taurus does not waive any rights or issues for appeal of this judgment.

Dated: June 12, 2008

                                                    _Barbara B. Crabb_
                                                    The Honorable Barbara B. Crabb
                                                    District Court Judge
                                                    Western District of Wisconsin

JUDGMENT IS ENTERED THIS 13TH DAY OF JUNE, 2008.

By: _L. Jensen, Deputy Clerk_
THERESA M. OWENS, Clerk of Court

3