IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TAURUS IP, LLC, a Wisconsin Limited liability company.<br>                Plaintiff,<br><br>v.<br><br>1. FORD MOTOR COMPANY,<br>2. MAZDA MOTOR OF AMERICA, INC., and<br>3. VOLVO CARDS OF NORTH AMERICA, INC.<br>                Defendants. | 3:07-cv-00481-bbc |
| 1. FORD MOTOR COMPANY,<br>2. MAZDA MOTOR OF AMERICA, INC., and<br>3. VOLVO CARDS OF NORTH AMERICA, INC.<br>                Counterclaim Plaintiffs,<br><br>v.<br><br>TAURUS IP, LLC<br>                Counterclaim Defendant. | |
| 1. FORD MOTOR COMPANY,<br>2. MAZDA MOTOR OF AMERICA, INC., and<br>3. VOLVO CARDS OF NORTH AMERICA, INC.<br>                Third Party Plaintiffs,<br><br>v.<br><br>ERICH SPANGENBERG<br>ORION IP, LLC, PLUTUS IP, LLC, PLUTUS IP WISCONSIN, LLC, CONSTELLATION IP, LLC, AND ACCLAIM FINANCIAL GROUP, LLC.<br>                Third Party Defendants. | |

## ORDER

This matter is before the Court on the parties' joint motion to vacate this Court's June 13, 2008 final judgment and dismiss this case with prejudice.

Whereas the parties have entered into a settlement agreement releasing the June 13, 2008 final judgment; and

Whereas the United States Court of Appeals for the Federal Circuit has remanded this matter to this Court "so that the parties may request that the district court consider vacating its judgment due to settlement;" and

Whereas all parties to this action have joined in requesting this relief; it is

ORDERED that the Court's June 13, 2008 final judgment is hereby vacated and the case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 24, 2008

*Barbara B. Crabb*
The Honorable Barbara B. Crabb
District Court Judge
Western District of Wisconsin